# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146277

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAHDI BABJI HOWARD,
      Defendant-Appellant.

SC: 146277
COA: 308544
Wayne CC: 06-003775-FC

_____/

      On order of the Court, the application for leave to appeal the October 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0520

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk